UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:                                      CASE NO. SL98-08595
MICHIGAN FESTIVAL, INC.                     CHAPTER 7
                                            HON. JoANN STEVENSON
            Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1,934.68 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USC § 347(a). I have checked the current matrix of creditors on file with the Clerk of the Court and find no change of address for the creditor(s) listed below.

The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Last Known Creditor Address | Claim No. | Amount of Dividend |
|---|---|---|---|
| Kinko's Inc. | Attn Ray Acosta<br>1000 Town Center Drive 400<br>Oxnard, CA 93030 | 125 | $41.75  008A |
| PSI | PO Box 68052<br>Grand Rapids, MI 40516 | 126 | 14.78  009B |
| Sprint | 8330 Ward Parkway<br>Kansas City, MO 64114 | 133 | 19.36  010B |
| Powerlight | c/o Windfall Entertainment<br>5167 Barton Road<br>Williamston, MI 48895 | 141 | 13.14  011B |
| Root Doctor | c/o Windfall Entertainment<br>5167 Barton Road<br>Williamston, MI 48895 | 145 | 012B<br>19.71 |
| Lansing Ramblers | c/o Windfall Entertainment<br>5167 Barton Road<br>Williamston, MI 48895 | 147 | 13.13  013B |

| | | | |
|---|---|---|---|
| M 80S | c/o Windfall Entertainment<br>5167 Barton Road<br>Williamston, MI  48895 | 150 | 16.42  C14B |
| Main Street Swing | c/o Windfall Entertainment<br>5167 Barton Road<br>Williamston, MI  48895 | 152 | 13.14  C15B |
| Jill Jack | c/o Windfall Entertainment<br>5167 Barton Road<br>Williamston, MI  48895 | 153 | 14.78  C16B |
| Lonesome blue | c/o Windfall Entertainment<br>5167 Barton Road<br>Williamston, MI  48895 | 154 | 19.70  C17B |
| Heen Enterprises Inc. | C/o Windfall Entertainment<br>5167 Barton Road<br>Williamston, MI  48895 | 193 | 1,642.19  C09A |
| Leap Frog Entertainment | PO Box 17354<br>Seattle, WA   98107 | 203A | 106.58  C10A |

Dated:  February 14, 2007

Rose E. Bareham, Trustee

UNITED STATES
BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 228420      - KD

February 15, 2007
13:57:00

UNCLAIMED FUNDS
98-08595
Debtor.: MICHIGAN FESTIVAL, INC.
Judge..: Jo Ann C. Stevenson
Trustee: ROSE BAREHAM
Amount.:              $1,934.68
Check#.: 162

Total >   $1,934.68

FROM: ROSE BAREHAM